# Exhibit A

**United States District Courts — National Judicial Caseload Profile**

| | | | 12-Month Periods Ending | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Mar 31 2017 | Mar 31 2018 | Mar 31 2019 | Mar 31 2020 | Mar 31 2021 | Mar 31 2022 |
| **Overall Caseload Statistics** | | Filings [1] | 387,758 | 379,581 | 398,224 | 447,581 | 543,733 | 402,409 |
| | | Terminations | 381,292 | 383,069 | 410,091 | 410,024 | 343,223 | 353,187 |
| | | Pending | 432,872 | 427,380 | 458,988 | 496,942 | 696,789 | 745,867 |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 3.8 | 6.0 | 1.1 | -10.1 | -26.0 | |
| | | Number of Judgeships | 677 | 677 | 677 | 677 | 677 | 677 |
| | | Vacant Judgeship Months [2] | 1,032.3 | 1,426.3 | 1,592.6 | 1,166.2 | 770.8 | 961.2 |
| **Actions per Judgeship** | Filings | Total | 573 | 561 | 588 | 661 | 803 | 594 |
| | | Civil | 431 | 409 | 423 | 491 | 682 | 457 |
| | | Criminal Felony | 102 | 111 | 125 | 130 | 91 | 99 |
| | | Supervised Release Hearings | 39 | 41 | 41 | 40 | 30 | 39 |
| | | Pending Cases [2] | 639 | 631 | 678 | 734 | 1,029 | 1,102 |
| | | Weighted Filings [2] | 489 | 496 | 521 | 567 | 669 | 526 |
| | | Terminations | 563 | 566 | 606 | 606 | 507 | 522 |
| | | Trials Completed | 17 | 16 | 17 | 16 | 9 | 15 |
| **Median Times (Months)** | From Filing to Disposition | Criminal Felony | 7.6 | 7.4 | 6.9 | 6.7 | 9.2 | 10.4 |
| | | Civil [2] | 9.9 | 10.1 | 11.1 | 9.3 | 8.6 | 9.2 |
| | From Filing to Trial [2] (Civil Only) | | 26.6 | 26.3 | 27.5 | 28.6 | 26.1 | 32.6 |
| **Other** | | Number (and %) of Civil Cases Over 3 Years Old [2] | 61,011 17.4 | 52,820 15.6 | 60,064 16.5 | 54,632 13.7 | 63,671 10.8 | 79,679 12.5 |
| | | Average Number of Felony Defendants Filed per Case | 1.3 | 1.3 | 1.2 | 1.2 | 1.3 | 1.3 |
| | Jurors | Avg. Present for Jury Selection | 49.7 | 50.5 | 52.9 | 51.7 | 48.6 | 50.5 |
| | | Percent Not Selected or Challenged | 38.3 | 36.6 | 38.5 | 39.2 | 38.2 | 40.7 |

| **2022 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense** | | | |
|---|---|---|---|
| Total Civil | 309,102 | Total Criminal[1] | 66,894 |
| A-Social Security | 13,912 | A-Marijuana | 914 |
| B-Personal Injury/Product Liability | 98,459 | B-All Other Drugs | 19,629 |
| C-Prisoner Petitions | 45,155 | C-Immigration | 18,303 |
| D-Forfeitures and Penalties | 1,091 | D-Firearms and Explosives | 11,193 |
| E-Real Property | 3,456 | E-Fraud | 6,210 |
| F-Labor Suits | 13,171 | F-Violent Offenses | 2,620 |
| G-Contracts | 25,993 | G-Sex Offenses | 3,255 |
| H-Torts (other than Personal Injury/Product Liability) | 21,315 | H-Forgery and Counterfeiting | 162 |
| Intellectual Property Rights | 12,242 | I-Larceny and Theft | 921 |
| J-Civil Rights | 40,907 | J-Justice System Offenses | 824 |
| K-Antitrust | 471 | K-Regulatory Offenses | 894 |
| L-All Other Civil | 32,930 | L-All Other Criminal | 1,969 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, whereas filings "by nature of offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**DELAWARE**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Mar 31 2017 | Mar 31 2018 | Mar 31 2019 | Mar 31 2020 | Mar 31 2021 | Mar 31 2022 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 1,667 | 2,225 | 2,394 | 2,463 | 1,956 | 1,946 | | |
| | | Terminations | 1,413 | 2,125 | 2,142 | 2,419 | 1,978 | 2,262 | | |
| | | Pending | 2,059 | 2,161 | 2,409 | 2,485 | 2,520 | 2,241 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 16.7 | -12.5 | -18.7 | -21.0 | -0.5 | | 29 | 2 |
| | | Number of Judgeships | 4 | 4 | 4 | 4 | 4 | 4 | | |
| | | Vacant Judgeship Months [2] | 1.8 | 23.0 | 8.5 | 0.0 | 0.0 | 1.6 | | |
| **Actions per Judgeship** | **Filings** | Total | 417 | 556 | 599 | 616 | 489 | 487 | 34 | 2 |
| | | Civil | 395 | 528 | 570 | 577 | 466 | 459 | 16 | 2 |
| | | Criminal Felony | 17 | 24 | 24 | 32 | 19 | 22 | 92 | 5 |
| | | Supervised Release Hearings | 5 | 5 | 5 | 7 | 4 | 6 | 88 | 5 |
| | Pending Cases [2] | | 515 | 540 | 602 | 621 | 630 | 560 | 32 | 4 |
| | Weighted Filings [2] | | 565 | 878 | 1,012 | 1,047 | 919 | 902 | 2 | 1 |
| | Terminations | | 353 | 531 | 536 | 605 | 495 | 566 | 22 | 2 |
| | Trials Completed | | 15 | 14 | 13 | 25 | 13 | 20 | 27 | 2 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 11.6 | 13.1 | 11.1 | 6.8 | 11.7 | 15.5 | 59 | 2 |
| | | Civil [2] | 10.4 | 5.3 | 5.3 | 5.3 | 7.3 | 7.9 | 21 | 4 |
| | From Filing to Trial [2] (Civil Only) | | 24.4 | 27.1 | 32.3 | 29.3 | 28.7 | 36.3 | 32 | 2 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 253 13.4 | 189 9.6 | 206 9.2 | 241 10.3 | 291 12.4 | 267 13.0 | 60 | 3 |
| | Average Number of Felony Defendants Filed per Case | | 1.1 | 1.2 | 1.1 | 1.1 | 1.1 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 57.7 | 87.6 | 44.2 | 42.2 | 0 | 48.2 | | |
| | | Percent Not Selected or Challenged | 41.5 | 46.7 | 24.4 | 29.0 | 100.0 | 39.1 | | |

| 2022 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 1,836 | 25 | 14 | 135 | 2 | 5 | 29 | 147 | 48 | 900 | 147 | 6 | 378 |
| Criminal [1] | 84 | - | 27 | 7 | 22 | 8 | 3 | 10 | 1 | - | - | - | 6 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**WEST VIRGINIA NORTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Mar 31 2017 | Mar 31 2018 | Mar 31 2019 | Mar 31 2020 | Mar 31 2021 | Mar 31 2022 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 1,320 | 1,430 | 1,544 | 1,244 | 1,257 | 1,174 | | |
| | Terminations | | 1,232 | 1,281 | 1,315 | 1,432 | 1,062 | 1,343 | | |
| | Pending | | 925 | 1,061 | 1,285 | 1,096 | 1,285 | 1,094 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -11.1 | -17.9 | -24.0 | -5.6 | -6.6 | | 53 | 4 |
| | Number of Judgeships | | 3 | 3 | 3 | 3 | 3 | 3 | | |
| | Vacant Judgeship Months [2] | | 0.0 | 7.6 | 6.3 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | Filings | Total | 440 | 477 | 515 | 415 | 419 | 391 | 54 | 5 |
| | | Civil | 257 | 256 | 297 | 256 | 254 | 210 | 66 | 8 |
| | | Criminal Felony | 91 | 122 | 129 | 90 | 131 | 128 | 19 | 2 |
| | | Supervised Release Hearings | 92 | 99 | 89 | 69 | 34 | 53 | 28 | 4 |
| | Pending Cases [2] | | 308 | 354 | 428 | 365 | 428 | 365 | 67 | 6 |
| | Weighted Filings [2] | | 328 | 390 | 435 | 335 | 400 | 353 | 57 | 5 |
| | Terminations | | 411 | 427 | 438 | 477 | 354 | 448 | 49 | 6 |
| | Trials Completed | | 15 | 17 | 14 | 17 | 13 | 13 | 57 | 6 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 6.9 | 6.6 | 7.8 | 8.6 | 10.7 | 11.9 | 33 | 5 |
| | | Civil [2] | 9.2 | 10.3 | 11.5 | 9.5 | 10.1 | 12.1 | 74 | 8 |
| | From Filing to Trial [2] (Civil Only) | | - | - | - | - | - | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 17 / 2.6 | 30 / 4.2 | 42 / 4.8 | 22 / 3.0 | 36 / 4.9 | 31 / 6.0 | 23 | 3 |
| | Average Number of Felony Defendants Filed per Case | | 1.4 | 1.7 | 1.8 | 1.4 | 1.8 | 1.8 | | |
| | Jurors | Avg. Present for Jury Selection | 58.6 | 46.9 | 56.9 | 63.6 | 51.0 | 58.0 | | |
| | | Percent Not Selected or Challenged | 32.2 | 23.4 | 35.0 | 37.2 | 27.5 | 39.1 | | |

| 2022 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 630 | 18 | 14 | 392 | 2 | 13 | 19 | 55 | 41 | 11 | 35 | 1 | 29 |
| Criminal [1] | 384 | - | 245 | 1 | 67 | 33 | 10 | 16 | 2 | 1 | 2 | 4 | 3 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."